UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

INDUSTRIAL CARRIERS INC.,                      :

        Plaintiff,                                    :

   - against -                                       :

YONG HE SHIPPING (HK) LTD. and PROSPER   :
SHIPPING LIMITED,                              :

        Defendants.                                  :

-------------------------------------------------------------X

**JUDGE CROTTY**

**'07 CIV 9706**

-- CV --
ECF CASE

RECEIVED
NOV 0 1 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## VERIFIED COMPLAINT

Plaintiffs, INDUSTRIAL CARRIERS INC. ("ICI"), by and through its attorneys, Tisdale

Law Offices, LLC for its Verified Complaint against the Defendants, YONG HE SHIPPING (HK)

LTD. ("YONG HE") and PROSPER SHIPPING LTD. ("PROSPER"), (collectively "Defendants")

alleges, upon information and belief, as follows:

    1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and 28 United States Code § 1333.

    2.      At all times material to this action, Plaintiff ICI was, and still is, a foreign company

or other business entity organized under and existing by virtue of foreign law with a principal place

of business in the Marshall Islands.

    3.      Upon information and belief, Defendant Yong He was a foreign corporation or other

business entity organized under and existing by virtue of foreign law with a principal place of

business in Hong Kong and was the Owner of the Vessel VARIOS IPIROS HELLAS ("Vessel").

    4.      Upon information and belief, Defendant Prosper was, and still is, a foreign

corporation, or other business entity, organized under, and existing by virtue of foreign law with a

principal place of business in Hong Kong and was the paying agent who made all charter hire

payments on behalf of Yong He, pursuant to a Charter Party identified below.

Morgan Chase, Standard Chartered Bank, Wachovia Bank N.A., Societe Generale and/or Barclays

Bank which are believed to be due and owing to the Defendants.

11.    The Plaintiff seeks an order from this court directing the Clerk of Court to

issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental

Rules for Certain Admiralty and Maritime Claims, attaching, *inter alia*, any assets of the

Defendants held by the aforesaid garnishee for the purpose of obtaining personal jurisdiction over

the Defendants, and to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A.    That process in due form of law issue against the Defendants, citing it to appear and

answer under oath all and singular the matters alleged in the Complaint;

B.    That since the Defendants cannot be found within this District pursuant to

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an

Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims,

attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies,

tangible or intangible, or any other funds held by any garnishee, including, but not limited to, ABN

Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank

A.G., HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, Wachovia Bank N.A.,

Barclays Bank, and/or Societe Generale, which are due and owing to the Defendants, in the amount

of **$834,283.40** calculated to date to secure the Plaintiff's claims, and that all persons claiming any

interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the

matters alleged in the Complaint;

## ATTORNEY'S VERIFICATION

State of Connecticut  )
                      )   ss.:   Town of Southport
County of Fairfield   )

1.      My name is Claurisse Campanale-Orozco.

2.      I am over 18 years of age, of sound mind, capable of making this
Verification, and fully competent to testify to all matters stated herein.

3.      I am an attorney in the firm of Tisdale Law Offices LLC, attorneys for the
Plaintiff.

4.      I have read the foregoing Verified Complaint and know the contents
thereof and believe the same to be true and accurate to the best of my knowledge, information and
belief.

5.      The reason why this Verification is being made by the deponent and not
by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now
within this District.

6.      The source of my knowledge and the grounds for my belief are the
statements made, and the documents and information received from, the Plaintiff and agents and/or
representatives of the Plaintiff.

7.      I am authorized to make this Verification on behalf of the Plaintiff.

Dated:      Southport, Connecticut
            November 1, 2007

                                Claurisse Campanale-Orozco
                                Claurisse Campanale-Orozco