UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,

    Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD. and PROSPER
SHIPPING LIMITED,

    Defendants.
------------------------------------------------------------X

-- CV --
ECF CASE

JUDGE CROTTY

'07 CV 9706

RECEIVED
NOV 01 2007
U.S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: November 1, 2007
       New York, NY

                                     The Plaintiff,
                                     INDUSTRIAL CARRIERS INC.

                                     By: _____
                                     Claurisse Campanale-Orozco (CC 3581)
                                     Thomas L. Tisdale (TT 5263)
                                     TISDALE LAW OFFICES, LLC
                                     11 West 42nd Street, Suite 900
                                     New York, NY 10036
                                     (212) 354-0025 – phone
                                     (212) 869-0067 – fax
                                     corozco@tisdale-law.com
                                     ttisdale@tisdale-law.com