UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,

        Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, AEGEAN CARRIERS
S.A., a/k/a OLD EASTERN MEDITERRANEAN
SHIPPING CO., and GOLDEN TAI SHIPPING
LIMITED

        Defendants.
---------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 CV 9706 (PAC)
ECF CASE

### ORDER GRANTING LEAVE TO FILE VERIFIED SECOND AMENDED COMPLAINT

**WHEREAS**, on December 14, 2007 Plaintiff, INDUSTRIAL CARRIERS, INC. sought leave to file a Verified Second Amended Complaint, and

**WHEREAS**, the Court has reviewed the Plaintiff's application for leave and its proposed Verified Second Amended Complaint and finds that leave is warranted pursuant to Federal Rule of Civil Procedure 15(a), it is hereby

**ORDERED** that Plaintiff is granted leave of Court to file its Verified Second Amended Complaint.

Dated: December 14, 2007

SO ORDERED:

/s/ Paul A. Crotty
U.S.D.J.
U.S.D.J.