Crotty, J.
Rm 735

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDUSTRIAL CARRIERS INC.,

        Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, AEGEAN CARRIERS
S.A., a/k/a OLD EASTERN MEDITERRANEAN
SHIPPING CO., and GOLDEN TAI SHIPPING
LIMITED

        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

07 CV 9706 (PAC)
ECF CASE

## SECOND AMENDED ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Claurisse Campanale-Orozco, sworn to December 14, 2007, and good cause having been shown,

IT IS ORDERED that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Second Amended Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendants herein and upon the garnishee(s) listed in the Order, together with any other garnishee(s) who,

based upon information developed subsequent hereto by Plaintiff, may hold assets for or on account of the Defendants; and,

IT IS FURTHER ORDERED that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the close of the garnishee's business day.

Dated: _New York, New York_
_December 19, 2007_

SO ORDERED,

_____,
United States District Judge