UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,

        Plaintiff,

  - against -

YONG HE SHIPPING (HK) LTD., PROSPER
SHIPPING LIMITED, AEGEAN CARRIERS
S.A., a/k/a OLD EASTERN MEDITERRANEAN
SHIPPING CO., and GOLDEN TAI SHIPPING
LIMITED

        Defendants.
------------------------------------------------------------X

07 CV 9706 (PAC)
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 17 2008

## VOLUNTARY ORDER STAYING MATTER PENDING ARBITRATION

The Plaintiff, by its undersigned attorneys, Tisdale Law Offices, LLC, having instituted the above captioned matter and obtained the sought after relief of security pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, and there having been no appearance from the defendant that the above-captioned matter be and hereby is voluntarily stayed pending the resolution of London arbitration pursuant to 9 U.S.C. §8 and 9 U.S.C. §§201-208.

Dated: New York, New York
       June 16, 2008

                            The Plaintiff,
                            INDUSTRIAL CARRIERS INC.

                        By: _____
                          Claurisse Campanale-Orozco (CC 3581)
                          Thomas L. Tisdale (TT 5263)
          JUN 17 2008    TISDALE LAW OFFICES, LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 – phone
                          (212) 869-0067 – fax
                          corozco@tisdale-law.com
                          ttisdale@tisdale-law.com

_____
U.S.D.J.